It should perhaps be added, as a matter of fairness to the prosecuting attorney, that the statement has been made here, in explanation of the declaration in the trial court that he intended to prove the aliases, that the government was prepared to establish, by certified records of prior convictions, all of the 28 aliases alleged in the indictment, for purposes of impeachment, had the accused attempted to take the witness stand in his own behalf.

Appellant having been convicted on a fair trial and abundant evidence, without prejudicial error, the judgment is affirmed.

U. S. Atty., both of Trenton, N. J., on the brief), for the Collector.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the district court is supported by its findings of fact. An examination of the record discloses that these in turn are fully supported by the evidence and the inferences reasonably to be drawn therefrom. Accordingly the judgment is affirmed.

**WERNER MACHINE CO., Inc., v. MANNING, Collector of Internal Revenue.**
**(two cases).**
**No. 7782, 7802.**

Circuit Court of Appeals, Third Circuit.
Argued May 22, 1942.

Decided May 28, 1942.

Leopold Frankel, of Paterson, N. J. (Frankel & Frankel, of Paterson, N. J., on the brief), for appellant.

S. Dee Hanson, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Alexander Tucker, Sp. Assts. to the Atty. Gen., Charles M. Phillips, U. S. Atty., and B. Thorn Lord, Asst.

**GRANT et al. v. RICHARDSON, Superintendent of State Penitentiary of South Carolina, et al.**
**No. 4965.**

Circuit Court of Appeals, Fourth Circuit.
June 30, 1942.

